**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Adrian C. Lawrence, Appellant.

Appellate Case No. 2013-001605

Appeal From Sumter County
W. Jeffrey Young, Circuit Court Judge

Unpublished Opinion No. 2014-UP-077
Submitted January 1, 2014 – Filed February 26, 2014

**APPEAL DISMISSED**

Appellate Defender Lara Mary Caudy, of Columbia; and Adrian C. Lawrence, pro se, for Appellant.

Tommy Evans, Jr., and John Benjamin Aplin, both of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.